1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CRAWFORD

6

*IT IS SO ORDERED*
*Judge James Ware*

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        )  No. CR 05-0801 JW
                                      )
12 |             Plaintiff,           )  **STIPULATION TO CONTINUE**
                                      )  **HEARING AND EXCLUDE TIME;**
13 | v.                               )  ~~[PROPOSED]~~ **ORDER**
                                      )
14 | JACOB STORY and                  )
     MICHAEL CRAWFORD,                )
15 |                                  )
                 Defendants.          )
16 |_____

17       Defendants and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, March 13, 2006, at 1:30 p.m., be continued to Monday, April 24, 2006, at 1:30 p.m.

20 The continuance is requested to allow time for the defendants to review discovery and conduct

21 investigation.

22       The parties further agree that time should be excluded under the Speedy Trial Act until

23 the next hearing of this matter because the defendants require time for investigation and

24 preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy

25 trial.

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-0801 JW                         1

1  Dated: 3/9/06                          /s/
                                 LARA S. VINNARD
2                                Assistant Federal Public Defender
                                 Attorney for Michael Crawford
3

4  Dated: 3/9/06                          /s/
                                 BOB CAREY
5                                Attorney for Jacob Story

6
   Dated: 3/6/06                          /s/
7                                CARLOS SINGH
                                 Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-0801 JW                     2

*[Stamp: IT IS SO ORDERED / Judge James Ware — United States District Court, Northern District of California]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00801 JW |
| ) Plaintiff, ) | **[PROPOSED] ORDER CONTINUING** |
| v. ) | **HEARING AND EXCLUDING TIME** |
| ) | |
| JACOB STORY and ) MICHAEL CRAWFORD, ) | |
| ) Defendants. ) | |

All parties have requested a continuance of the hearing set for March 13, 2006, on grounds that the defendants require additional time to review discovery and conduct investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 13, 2006, be continued to April 24, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 13, 2006, to April 24, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 2161 et seq.

Dated:  March 9, 2006

_____
JAMES WARE
United States District Judge