# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**FILED**
MAY 24 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S.A. vs STORY, Jacob                                    Docket No.CR05-00801 JW

### Petition for Arrest Warrant and Supporting Affidavit

I, Hien T. Nguyen, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. The above-referenced defendant is charged in an Indictment with violations of Title 18, United States Code, Sections 1023(b)(2), 1029(a)(3) and 2 - Conspiracy to Commit Fraud and Related Activity in Connection with Access Device and Aid and Abet. On January 12, 2006, the Court released the defendant on a $25,000 unsecured bond with Pretrial Services supervision and various special release conditions.

2. On May 22, 2006, Supervising Pretrial Services Officer Gina Faubion of the Eastern District of California informed that the defendant has failed to report for the past three weeks. The defendant has been instructed to report once a week by telephone. Last contact with the defendant was a telephonic message left on May 3, 2006. Despite numerous phone calls to the defendant's home and cellular phone, the supervising officer has not had direct contact with the defendant to date.

3. On May 24, 2006, the undersigned officer spoke to the defendant's mother, Suzanna Story, who informed that for the past month, the defendant has locked himself in his bedroom and is unwilling to leave his room. According to his mother, the defendant has discussed thoughts of suicide after losing his job one month ago and incurring an arrest in April of 2006. Mrs. Story contacted the Chief of Police in Wheatland, California, out of concerns for her son's mental health. Apparently, the local police department does not feel there is sufficient cause to take the defendant into custody under the California Welfare and Institution Code 5150.

4. On May 24, 2006, the Yolo County District Attorney's Office informed Pretrial Services that the defendant was arrested on April 27, 2006, for Possession of Marijuana Less than 28.5 Grams. The defendant was released on this matter and

Page 2- Petition for Arrest Warrant and  
    Supporting Affidavit

Re: STORY, Jacob  
Docket No.: CR05-801 JW

    his next appearance is scheduled for May 30, 2006.

5. On May 24, 2006, the undersigned officer received information from the defendant's probation officer in Santa Clara County that the defendant has failed to report as directed on May 18, 2006. He indicated that the defendant has not been attending counseling as part of probation obligations. Anotherappointment is scheduled for May 26, 2006 at which time the probation officer plans to lodge a probation violation against the defendant for failing to report and failing to attend counseling. That officer's request is have the defendant remanded into custody.

6. The defendant's next court appearance is scheduled for June 19, 2006 before U.S. District Court Judge James Ware.

Based on the foregoing, there is probable cause to believe that Jacob Story violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

_____  
Hien T. Nguyen  
U.S. Pretrial Services Officer

Reviewed by:

_____  
Jaime Carranza, Officer in Charge  
U.S. Pretrial Services, San Jose

Place **San Jose, California**  
Date **May 24, 2006**

Page 3- Petition for Arrest Warrant and	Re: STORY, Jacob
Supporting Affidavit	Docket No.: CR05-801 JW

Having considered the information set forth above,

THE COURT ORDERS:

☑  The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

☐  Other:

_5/24/06_
Date

_Patricia V. Trumbull_
Patricia V. Trumbull
U.S. Magistrate Judge