BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CRAWFORD

FILED
JUL 14 2006
RICHARD W. WI...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>JACOB STORY and  )<br>MICHAEL CRAWFORD,  )<br>  )<br>Defendants.  )<br>_____ ) | No. CR 05-0801 JW<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER |

## STIPULATION

Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 17, 2006, at 1:30 p.m., be continued to Monday, September 18, 2006, at 1:30 p.m. The continuance is requested to allow time for the defendants to review discovery that was retained by the government, but is available for inspection and copying, and to allow time for the parties to continue with settlement negotiations.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defendants require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy trial.

Dated: 7/13/06

/s/
LARA S. VINNARD
Assistant Federal Public Defender
Attorney for Michael Crawford

Dated: 7/13/06

/s/
ROBERT CAREY
Attorney for Jacob Story

Dated: 7/13/06

/s/
CARLOS SINGH
Assistant United States Attorney

## ORDER

All parties have requested a continuance of the hearing set for July 17, 2006, on grounds that the defendants require additional time to review discovery that has been retained by the government, but is available for inspection and copying, and to engage in further settlement negotiations.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 17, 2006, be continued to September 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 17, 2006 to September 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: July 14, 2006

JAMES WARE
United States District Judge