E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL CRAWFORD,<br><br>　　　　Defendant. | No. CR 05-00801 JW<br><br>[PROPOSED] ORDER AUTHORIZING TRAVEL TO HOUSTON, TEXAS<br><br>HON. PATRICIA V. TRUMBULL |

　　　Upon application of defendant and good cause appearing,

　　　IT IS HEREBY ORDERED that defendant Michael Crawford be permitted to travel to Houston, Texas from August 28, 2006 to August 31, 2006. United States Pretrial Services Officer Laura Weigel is aware of Mr. Crawford's itinerary and contact information. Mr. Crawford shall notify Officer Weigel of his departure prior to leaving the Northern District of California. All other terms and conditions of release shall remain in full force and effect.

DATED: 8/23/06

　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[PROPOSED] TRAVEL ORDER
No. CR 05-00801 JW