1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | ~~[PROPOSED]~~ **ORDER** |
| JACOB STORY and | ) | |
| MICHAEL CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### STIPULATION

Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 18, 2006, at 1:30 p.m., be continued to Monday, November 6, 2006, at 1:30 p.m. The continuance is requested to allow time for the defendants to conduct additional investigation, including forensic review of computer evidence on behalf of Mr. Crawford. Additionally, the parties are engaged in settlement negotiations and are exchanging settlement proposals, and both defense counsel require time to discuss settlement with their clients.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defendants require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy

1  trial.

2  Dated: 9/15/06                              _____/s/_____
3                                              LARA S. VINNARD
                                               Assistant Federal Public Defender
4                                              Attorney for Michael Crawford

5  Dated: 9/15/06                              _____/s/_____
6                                              ROBERT CAREY
                                               Attorney for Jacob Story

7

8  Dated: 9/15/06                              _____/s/_____
                                               CARLOS SINGH
9                                              Assistant United States Attorney

10
                                **ORDER**
11
       All parties have requested a continuance of the hearing set for September 18, 2006, on
12
grounds that the defendants require additional time to conduct investigation and discuss
13
settlement with their attorneys, and the parties require time to engage in further settlement
14
negotiations.
15
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
16
presently set for September 18, 2006, be continued to November 6, 2006, at ~~9:00 a.m.~~ 1:30 p.m.
17
       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
18
from September 18, 2006, to November 6, 2006, shall be excluded from the period of time
19
within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
20

21
Dated: 9/18/06                                 _____
22                                             JAMES WARE
                                               United States District Judge
23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                              2