BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION

Defendant, Michael Crawford, and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, January 22, 2007, at 1:30 p.m., be continued to Monday, February 26, 2007, at 1:30 p.m. The continuance is requested to allow time for the government to provide additional discovery.  Additionally, the parties are engaged in settlement negotiations and are exchanging settlement proposals, and defense counsel requires time to discuss settlement with the client.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defendant require time to review additional discovery and possible negotiations, and the ends of justice outweigh the defendants' and the public's need

1  for a speedy trial.

2

3  Dated: 01/18/07                              _____/s/_____
                                                LARA S. VINNARD
                                                Assistant Federal Public Defender
4                                               Attorney for Michael Crawford

5

6  Dated: 01/18/07                              _____/s/_____
                                                CARLOS SINGH
                                                Assistant United States Attorney

7

8                                    **ORDER**

9       All parties have requested a continuance of the hearing set for January 22, 2007, on

10  grounds that the defendant, Michael Crawford, requires additional time to review discovery and

11  the parties require time to engage in further settlement negotiations.

12       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for January 22, 2007, be continued to February 26, 2007, at 1:30 p.m.

14       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

15  from January 22, 2007, to February 26, 2007, shall be excluded from the period of time within

16  which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

17

18  Dated:  January 18 2007                     _____
                                                JAMES WARE
19                                              United States District Judge

20

21

22

23

24

25

26