BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, February 26, 2007, at 1:30 p.m., be continued to Monday, March 26, 2007, at 1:30 p.m. The continuance is requested to allow time for the parties to resolve issues pertaining to settlement, and to allow time for defense counsel to discuss settlement with her client.  Defense counsel will be out of the country from February 27, 2007 to March 13, 2007.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter for continuity of counsel and because the parties require time for investigation and preparation, so that the ends of justice outweigh the defendants' and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                               1

Dated: 2/23/07                                    _____/s/_____
                                                  LARA S. VINNARD
                                                  Assistant Federal Public Defender
                                                  Attorney for Michael Crawford

Dated: 2/23/07                                    _____/s/_____
                                                  CARLOS SINGH
                                                  Assistant United States Attorney

## ORDER

The parties have requested a continuance of the hearing set for February 26, 2007, on grounds that the parties require additional time to resolve remaining issues, and defense counsel will be out of town until mid-March.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 26, 2007, be continued to March 26, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 26, 2007, to March 26, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:     2/23/2007                              _____
                                                  JAMES WARE
                                                  United States District Judge