BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| | ) | |
| MICHAEL CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION

Defendant Michael Crawford and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, March 26, 2007, at 1:30 p.m., be continued to Monday, April 30, 2007, at 1:30 p.m. The continuance is requested because the government is considering diversion for Mr. Crawford, and the government requires additional time to evaluate materials submitted by the defense.  Additionally, the parties require time to communicate regarding settlement.  Government counsel, Carlos Singh, has authorized defense counsel to sign this stipulation on his behalf.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter for continuity of counsel and because the parties require time for

1 investigation and preparation, so that the ends of justice outweigh the defendants' and the
2 public's need for a speedy trial.

3
4 Dated: 3/22/07                           _____/s/_____
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender
5                                           Attorney for Michael Crawford

6
7 Dated: 3/22/07                           _____/s/_____
                                            CARLOS SINGH
                                            Assistant United States Attorney
8

9 **ORDER**

10      Defendant Michael Crawford and the government have requested a continuance of the
11 hearing set for March 26, 2007, on grounds that the parties require additional time to resolve
12 remaining issues pertaining to settlement.
13      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date for Mr.
14 Crawford, presently set for March 26, 2007, be continued to April 30, 2007, at 9:00 a.m.
15      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
16 from March 26, 2007, to April 30, 2007, shall be excluded from the period of time within which
17 trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

18
19 Dated:  3/23/2007                        _____
                                            JAMES WARE
20                                          United States District Judge

21
22
23
24
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                              2