1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AS TO DEFENDANT CRAWFORD AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| MICHAEL CRAWFORD, | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant Michael Crawford and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, August 20, 2007, at 1:30 p.m., be continued to Monday, September 10, 2007, at 1:30 p.m. This stipulation pertains to Mr. Crawford only, and not to his co-defendant, Jacob Story.  The continuance is requested because Mr. Crawford has been found acceptable for the Diversion Program by Pretrial Services, and the government requires time to prepare a diversion contract to be signed by Mr. Crawford, the government, and Pretrial Services.

Mr. Crawford and the government further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the parties require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                           1

1  need for a speedy trial.

2  Dated: 8/14/07                                     _____/s/_____
3                                                    LARA S. VINNARD
                                                     Assistant Federal Public Defender
4                                                    Attorney for Michael Crawford

5  Dated: 8/14/07                                     _____/s/_____
6                                                    CARLOS SINGH
                                                     Assistant United States Attorney
7

8                                      **ORDER**

9      Defendant Michael Crawford and the government have requested a continuance of the
10 status hearing regarding Mr. Crawford set for August 20, 2007, on grounds that the parties
11 require additional time to complete and execute a diversion contract.

12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13 presently set for August 20, 2007, be continued to September 10, 2007, at 1:30 p.m.

14     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
15 from August 20, 2007, to September 10, 2007 shall be excluded from the period of time within
16 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

17

18 Dated:   August 17, 2007                           _____/s/ James Ware_____
                                                     JAMES WARE
19                                                   United States District Judge

20
21
22
23
24
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                          2