**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CRAWFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AS TO DEFENDANT** |
| | ) | **CRAWFORD AND EXCLUDE TIME;** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant Michael Crawford and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 10, 2007, at 1:30 p.m., be continued to Monday, September 24, 2007, at 1:30 p.m. This stipulation pertains to Mr. Crawford only, and not to his co-defendant, Jacob Story.  The continuance is requested because Mr. Crawford has been found acceptable for the Diversion Program by Pretrial Services, and the government requires time to prepare a diversion contract to be signed by Mr. Crawford, the government, and Pretrial Services. Additionally, Mr. Crawford's employer has requested that he be personally present at an important work-related meeting on Monday afternoon.

Mr. Crawford and the government further agree that time should be excluded under the

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                    1

Speedy Trial Act until the next hearing of this matter because the parties require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy trial.

Dated: 9/5/07                                             _____/s/_____
                                                          LARA S. VINNARD
                                                          Assistant Federal Public Defender
                                                          Attorney for Michael Crawford

Dated: 9/5/07                                             _____/s/_____
                                                          CARLOS SINGH
                                                          Assistant United States Attorney

## ORDER

Defendant Michael Crawford and the government have requested a continuance of the status hearing regarding Mr. Crawford set for September 10, 2007, on grounds that the parties require additional time to complete and execute a diversion contract. Additionally, the defendant has a work-related obligation on Monday afternoon.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 10, 2007, be continued to September 24, 2007, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 10, 2007, to September 24, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

This is the parties' last request for continuance. Further requests for continuance shall be made on the record.

Dated:   September 6, 2007                                _____
                                                          JAMES WARE
                                                          United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                        2