BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CRAWFORD

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
9/21/2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0801 JW |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AS TO DEFENDANT CRAWFORD AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| MICHAEL CRAWFORD, | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant Michael Crawford and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 24, 2007, at 1:30 p.m., be continued to Monday, October 15, 2007, at 1:30 p.m. This stipulation pertains to Mr. Crawford only, and not to his co-defendant, Jacob Story.  The continuance is requested because Mr. Crawford has been found acceptable for the Diversion Program by Pretrial Services, and the government requires additional time to prepare a diversion contract to be signed by Mr. Crawford, the government, and Pretrial Services.  Additionally, Mr. Crawford has a school-related obligation on Monday afternoon.  If the Court does not continue this matter by stipulation, the parties agree that Mr. Crawford does not need to be personally present.

Mr. Crawford and the government further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the parties require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy trial.

Dated: 9/21/07     _____/s/_____
                   LARA S. VINNARD
                   Assistant Federal Public Defender
                   Attorney for Michael Crawford

Dated: 9/21/07     _____/s/_____
                   CARLOS SINGH
                   Assistant United States Attorney

## ORDER

Defendant Michael Crawford and the government have requested a continuance of the status hearing regarding Mr. Crawford set for September 24, 2007, on grounds that the parties require additional time to complete and execute a diversion contract. Additionally, the defendant has a school-related obligation on Monday afternoon.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 24, 2007, be continued to October 15, 2007, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 24, 2007, to October 15, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**The Court notes this is the parties' FINAL request for continuance. Further requests shall be made before the Court on the record.**

Dated:   Sept. 21, 2007     _____
                            JAMES WARE
                            United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0801 JW                    2